AO 442 (Rev. 12/85) Warrant for Arrest  AUSA  PAUL F. SCHWARTZ    FBI S/A JOE CICINI

# United States District Court

___SOUTHERN_____ DISTRICT OF _____FLORIDA_____

UNITED STATES OF AMERICA

V.

JEANNE BROOKS

TO:  **The United States Marshal
and any Authorized United States Officer**

## WARRANT FOR ARREST

CASE NUMBER: **00 - 6154**

## CR - JORDAN

MAGISTRATE JUDGE
BANDSTRA

YOU ARE HEREBY COMMANDED to arrest_____JEANNE BROOKS_____

Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging her with (brief description of offense)  RICO conspiracy

in violation of Title _18__ United States Code, Section(s) _1962(d)_____

CLARENCE MADDOX_____
Name of Issuing Officer

Signature of Issuing Officer

Bail fixed at $ 100,000 Personal Surety Bond — 00
NOT LODGE OVERNIGHT

COURT ADMINISTRATOR\CLERK OF THE COURT_____
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE_____
Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at_____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |