COURT MINUTES

U. S. MAGISTRATE JUDGE LURANA S. SNOW - FT. LAUDERDALE, FLORIDA

DEFT: JEANNE BROOKS (J)                    CASE NO: 00-6154-CR-JORDAN
AUSA: PAUL SCHWARTZ                        ATTY: _____
AGENT: FBI                                 VIOL: 18:1956(h)
PROCEEDING I/A ON SEALED INDICT.           RECOMMENDED BOND 100,000 PERS. SURETY
BOND HEARING HELD - yes/no                 COUNSEL APPOINTED _____

BOND SET @ 100,000 PSB

SPECIAL CONDITIONS:

1) To be cosigned by: _as directed_
2) Rpt to PTS  x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to:

One tenus motion to unseal - granted
Advised of charges - not qualified
for court appt'd cnsl -
Re-set for arraign

NEXT COURT APPEARANCE:  INQUIRY RE COUNSEL: 6-28 // LSS
                        PTD/BOND HRG:
                        PRELIM/ARRAIGN: 6-28 // LSS
                        REMOVAL HRG:
                        STATUS CONF:

Date: 6/21/00   Time 11:00   FTL/LSS TAPE #00- 030   Begin: 2663   End:

Rec'd in MIA Dkt 6/26

38/3