AO 442 (Rev. 12/85) Warrant for Arrest  AUSA PAUL F. SCHWARTZ    FBI S/A JOE CICINI

# United States District Court

_481455_

SOUTHERN _____ DISTRICT OF _____ FLORIDA

UNITED STATES OF AMERICA

v.

JEANNE BROOKS

TO: **The United States Marshal
and any Authorized United States Officer**

## WARRANT FOR ARREST

CASE NUMBER: **00- 6154**

**CR - JORDAN**

YOU ARE HEREBY COMMANDED to arrest _____ JEANNE BROOKS

MAGISTRATE JUDGE
BANDSTRA

Name

and bring her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging her with (brief description of offense) RICO conspiracy

in violation of Title 18  United States Code, Section(s)  1962(d)

RECEIVED
2000 JUN -6 PM 4: 24
SOUTHERN DISTRICT OF
FLORIDA
FT. LAUD. OFFICE
UNITED STATES MARSHAL

CLARENCE MADDOX
Name of Issuing Officer

Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

6/6/00 - Fort Lauderdale, Florida
Date and Location

Bail fixed at $ 100,000 Personal Surety Bond ___ .00

NOT LODGE OVERNIGHT

by __ UNITED STATES MAGISTRATE JUDGE

BARRY S. SELTZER
Name of Judicial Officer

FILED BY
00 JUN 23 PM 3: 51
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA.

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at _____ Ft. Lauderdale, FL | | |
| DATE RECEIVED 6/6/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone, US Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST 6/21/00 | FOR: FBI | Fred Depompa, SDUSM |

86/3