UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

v.                                CASE NO: 00-6154-CR-JORDAN / WPD

JEANNE BROOKS,
    Defendant.
_____/

## NOTICE OF APPEARANCE

TO THE CLERK OF THE COURT:

Please enter the appearance of MICHAEL HURSEY, as counsel of record for Defendant, JEANNE BROOKS.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by U.S. Mail to: **Assistant U.S. Attorney Paul Schwartz, United States Attorney's Office, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33301**, this **28th** day of **June, 2000.**

                                          Respectfully submitted,

                                          MICHAEL HURSEY, P. A.
                                          Counsel for Defendant Brooks
                                          One River Plaza, Suite 800
                                          305 South Andrews Avenue
                                          Fort Lauderdale, FL 33301
                                          Telephone No. (954) 779-1880
                                          Facsimile No. (954) 779-7980
                                          Florida Bar No. 457698