## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | JEANNE BROOKS (B) | CASE NO: | 00-6154-CR-~~JORDAN~~ (WPD) |
| AUSA: | PAUL SCHWARTZ | ATTY: | Mike Hursey |
| AGENT: | | VIOL: | |
| PROCEEDING: | INQUIRY RE COUNSEL/ARRAIGNMENT | RECOMMENDED BOND: | |

BOND HEARING HELD - yes / no     COUNSEL APPOINTED: _____

BOND SET @: _____     To be cosigned by: _____

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

FILED by D.C. JUN 2 8 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

**Reading of Indictment Waived**
Not Guilty plea entered
[illegible]
[illegible]

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | N/A | | | |

DATE: 6/28/00   TIME: 11:00 A.M.   FTL/LSS TAPE # 00- 036   Begin: 8/2   End: 1/17