UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-~~JORDAN~~ WPD

UNITED STATES OF AMERICA

vs

JEANNE BROOKS

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on JUNE 28, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT: Address: __ON BOND FORM__

Telephone:_____

DEFENSE COUNSEL: Name:____MICHAEL HURSEY, ESQ.____

Address:_____

Telephone:_____

BOND SET/CONTINUED: $____CON'T AS SET____

Bond hearing held: yes____ no____ Bond hearing set for_____

Dated this __28TH__ day of __JUNE__, 2000.

CLARENCE MADDOX
COURT ADMINISTRATOR/CLERK OF COURT

By: /s/ Jenny Butler
Deputy Clerk

Tape No: ____00-036____

cc: Copy for Judge
    U. S. Attorney