**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
Plaintiff,

v.                                    CASE NO: 00-6154-CR-JORDAN

JEANNE BROOKS,
Defendant.
_____/

## UNOPPOSED MOTION TO CONTINUE TRIAL DATE

Now comes Defendant Brooks, by and through her undersigned counsel, and for her Motion states:

1. On June 30, 2000, Defendant Brooks was arraigned on the above-referenced Indictment.

2. Undersigned counsel seeks a continuance of the case for the reasons set forth below.

3. This is a 17-defendant case which is expected to take at least 1 month to try. This case involves 133 cassette tapes containing approximately 1,000 conversations that were the subject of a court ordered wiretap, and 41 cassette recordings of consensually recorded conversations involving a confidential informant.

4. As of the date of this Motion, undersigned counsel has not yet received copies of the tape transcripts, the tapes, the wiretap orders and



affidavits, or the wiretap log sheets. One set of these materials has been provided to one of the lawyers in the case, and each of the lawyers in turn are making arrangements to have these voluminous materials duplicated.

5.  It is estimated that all of the tapes contain more than 300 hours of conversations that counsel has not yet received or reviewed.

6.  Undersigned counsel has spoken to counsel for the government, who does not oppose this Motion.

Wherefore, Defendant Brooks prays that this Court will grant her Unopposed Motion to Continue Trial Date.

Respectfully submitted,

MICHAEL HURSEY, P. A.
Counsel for Defendant Brooks
One River Plaza, Suite 800
305 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone No. (954) 779-1880
Facsimile No. (954) 779-7980

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by mail this __21st__ day of __July__, 2000, to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL  33394

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL  33334

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL  33133

Dennis R. Bedard, Esq.
1717 N. Bayshore Drive, Suite 102

James Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL  33301

Martin Biswill, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL  33301

Simon Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL  33131

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL  33131

Phillip Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL  33156

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL  33301

John Cotrone, Esq.
509 S.E. 9th Street, Suite 1
Fort Lauderdale, FL  33316

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301

Thomas D. Sclafani, Esq.
200 E. Broward Blvd., Suite 1210
Fort Lauderdale, FL 33301

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL 33301

H. Dohn Williams, Esq.
P.O. Box 1722
Fort Lauderdale, FL 33302

_____
By:   Michael Hursey
      Florida Bar No. 457698

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                              CASE NO: 00-6154-CR-~~JORDAN~~  Dimitrouleas

JEANNE BROOKS,
    Defendant.
_____/

### ORDER

**THIS CAUSE** having come before the Court on Defendant Bedoya's Unopposed Motion to Continue Trial Date, and the Court having been fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that said Motion is **GRANTED**.

The Court continues the trial in this matter for the _____ day of _____, 2000; and the next status conference for the _____ day of _____, 1999, at _____ AM/PM.

DONE AND ORDERED in chambers in the City of Fort Lauderdale, Fl., this _____ day of _____, **2000**.

                                        _____
                                        William P. Dimitrouleas
                                        U.S. District Court Judge

cc:    AUSA
       Michael Hursey, P.A.
       All counsel of attached sheet