UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6154-CR-DIMITROULEAS

    Plaintiff,

vs.

JEANNE BROOKS,

    Defendant.

_____/



## **O R D E R**

THIS CAUSE having been heard upon Defendant's July 21, 2000 Unopposed Motion To

Continue Trial Date [DE-225], the Court DENIES the motion, without prejudice to renew at the

Calendar Call.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

____ day of July, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, P.A.
305 South Andrews Avenue
Suite #800
Ft. Lauderdale, FL 33301

