**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                       CASE NO: 00-6154-CR-Dimitrouleas

JEANNE BROOKS,
    Defendant.
_____/

### MOTION TO ADOPT CO-DEFENDANTS' MOTIONS WHERE DEFENDANT BROOKS HAS STANDING

Now comes Defendant Jeanne Brooks, by and through her undersigned counsel, and for her Motion moves this Court to allow her to adopt all defense motions filed by all co-defendants, where Defendant Brooks has standing.

Wherefore, Defendant Brooks prays that this Court will grant her Motion to Adopt Co-Defendant's Motions Where Defendant Brooks Has Standing.

                            Respectfully submitted,

                            Michael Hursey

                            MICHAEL HURSEY, P. A.
                            Counsel for Defendant Brooks
                            305 South Andrews Avenue, Suite 800
                            Fort Lauderdale, FL 33301
                            Telephone No. (954) 779-1880
                            Facsimile No. (954) 779-7980



**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by mail this \_\_11th\_\_ day of \_\_September\_\_, 2000, to:

Paul F. Schwartz, Esq.
Assistant United States Attorney
500 East Broward Boulevard, Suite 700
Fort Lauderdale, FL 33394

Allen Kaufman, Esq.
2900 North Dixie Highway, Suite 201
Oakland Park, FL 33334

William Norris, Esq.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133

Dennis R. Bedard, Esq.
1717 N. Bayshore Drive, Suite 102
Miami, FL 33132

James Stark, Esq.
524 S. Andrews Avenue, Suite 304N
Fort Lauderdale, FL 33301

Martin Biswill, Esq.
Assistant Federal Public Defender
101 N.E. Third Avenue, Suite 202
Fort Lauderdale, FL 33301

Simon Steckle, Esq.
701 Brickell Avenue, Suite 3260
Miami, FL 33131

Theodore Klein
800 Brickell Avenue, Penthouse Two
Miami, FL 33131

Phillip Horowitz, Esq.
12651 S. Dixie Highway, Suite 328
Miami, FL 33156

Raymond Miller, Esq.
400 S.E. Sixth Street
Fort Lauderdale, FL  33301

John Cotrone, Esq.
509 S.E. 9th Street, Suite 1
Fort Lauderdale, FL  33316

Michael Dutko, Esq.
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL  33301

Thomas D. Sclafani, Esq.
200 E. Broward Blvd., Suite 1210
Fort Lauderdale, FL  33301

Herbert Cohen, Esq.
200 S.E. 6th Street, Suite 205
Fort Lauderdale, FL   33301

H. Dohn Williams, Esq.
P.O. Box 1722
Fort Lauderdale, FL  33302

David G. Vinikoor, P.A.
420 S.E. 12th Street
Fort Lauderdale, FL  33316