**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

FILED by _____ D.C.

SEP 1 2 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
  Plaintiff,

v.                              CASE NO: 00-6154-CR-Dimitrouleas

JEANNE BROOKS,
  Defendant.
_____/

## ORDER

**THIS CAUSE** having come before the Court on Defendant Brooks Motion to Adopt Co-Defendants' Motions Where Defendant Brooks Has Standing, (DE-295) and the Court having been fully advised in the premises,

It is hereby **ORDERED AND ADJUDGED** that said Motion is **GRANTED**.

DONE AND ORDERED in chambers in the City of Fort Lauderdale, Fl., this ___12___ day of **September, 2000.**

William P. Dimitrouleas
U.S. District Court Judge

cc:  AUSA
     Michael Hursey, P.A.
     All counsel of attached sheet