UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS(S)
18 U.S.C. 1028(a)(3)

UNITED STATS OF AMERICA,
        Plaintiff,

v.

JEANNE BROOKS,
        Defendant.
_____/

## SUPERSEDING INFORMATION

The United States Attorney charges that:

From in or about October, 1998, and continuing to on or about April 1, 1999, in the Southern District of Florida, the defendant,

JEANNE BROOKS,

did knowingly possess with intent to transfer unlawfully five or more false identification documents that affected interstate commerce, to wit, Florida State drivers licenses containing false and fictitious information, in violation of Title 18, United States Code, Section 1028(a)(3).


GUY A. LEWIS
UNITED STATES ATTORNEY


PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. __00-6154-CR-DIMITROULEAS(S)__ |
| v. | **CERTIFICATE OF TRIAL ATTORNEY\*** |
| JEANNE BROOKS | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)        Yes ____   No _X_
Number of New Defendants ____
Total number of counts    __1__

____ Miami ____ Key West
_X_ FTL ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _No_
   List language and/or dialect _____

4. This case will take _0_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)         (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _x_ | Petty | ____ |
   | II | 6 to 10 days | ____ | Minor | ____ |
   | III | 11 to 20 days | ____ | Misdem. | ____ |
   | IV | 21 to 60 days | ____ | Felony | _x_ |
   | V | 61 days and over | ____ | | |

6. Has this case been previously filed in this District Court? (Yes or No) _Yes_
   If yes:
   Judge: Dimitrouleas                Case No. 00-6154-Cr-Dimitrouleas
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: 99-4618-Snow (search warrant)
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____    District of _____

   Is this a potential death penalty case? (Yes or No) ____No____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _x_ Yes ___ No    If yes, was it pending in the Central Region? _x_ Yes ___ No

*[signature]*

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY
COURT I.D. # A5500086

\*Penalty Sheet(s) attached                    REV.4/7/99

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**PENALTY SHEET**

Defendant's Name: __JEANNE BROOKS__   No: 00-6154-CR-DIMITROULEAS(S)

Count #: 1    18 U.S.C. 1028(a)(3)  - Possession with Intent to Transfer Five or More False Identification Documents

*Max. Penalty: 15 years' imprisonment - $250,000 Fine

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

Count #:

*Max. Penalty:

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.