AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JEANNE BROOKS

## WAIVER OF INDICTMENT

CASE NUMBER: 00-6154-CR-DIMITROULEAS(S)

I, JEANNE BROOKS, the above named defendant, who is accused of Possession with Intent to Transfer Five or More False Identification Documents, in violation of Title 18, United States Code, Section 1028(a)(3), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 10/18/00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

JEANNE BROOKS
Defendant.

MICHAEL HURSEY
Counsel for Defendant

Before _____
UNITED STATES MAGISTRATE JUDGE

FILED OCT 18 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.