
cr-06154-WPD    Document 436    Entered on FLSD Docket 10/19/2000

```
                              UNITED STATES DISTRICT COURT
                              SOUTHERN DISTRICT OF FLORIDA
                              CASE NO. 00-6154-CR-DIMITROULEAS(s)
UNITED STATES OF AMERICA

        vs

JEANNIE BROOKS              ARRAIGNMENT INFORMATION SHEET
```

FILED by ___ D.C. OCT 18 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on OCTOBER 18, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

```
    DEFENDANT:           Address:   CUSTODY _____
                                    _____
                         Telephone:_____
    DEFENSE COUNSEL:     Name:      MICHAEL HURSEY, ESQ.  .
                         Address:_____
                                    _____
                         Telephone:_____
    BOND CONTINUED:   $_____
Bond hearing held:  yes_____  no____  Bond hearing set for_____
Dated this  18TH   day of   OCTOBER         ,2000.
```

                                CLARENCE MADDOX
                                COURT ADMINISTRATOR/CLERK OF COURT

                                By: /s/ Jenny Cutler
                                    Deputy Clerk

                                Tape No. 00-052

cc: Copy for Judge
    U. S. Attorney

