FILED by ___ D.C.

OCT 20 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

---

CASE NUMBER: 00-6154-CR-WPD    DATE: October 20, 2000

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: _____    INTERPRETER: _____

UNITED STATES OF AMERICA    VS. Elaine Brake

U.S. ATTORNEY: Neil Schuster / Julia Sutter    DEFT. COUNSEL: Michael Hursey

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn and questioned by the Court. Deft to enter guilty plea to superceding information. Gvt agrees to dismiss Indictment at time of sentencing. Court accepts guilty plea.

JUDGMENT: _____

CASE CONTINUED TO: 1/12/01    TIME: 10:30    FOR: Sentencing

MISC: Written plea agreement filed.

453/