**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.               Case No. 00-6154-CR-Dimitrouleas (Jordan)

JEANNE BROOKS,
    Defendant.
_____/

## UNOPPOSED MOTION TO HAVE PROBATION OFFICER
## VERIFY EMPLOYMENT WITH PAY STUBS

    Now COMES NOW Defendant Jeanne Brooks, by and through her undersigned counsel, and for her Motion states:

    1.    Defendant Brooks has already pled guilty in this case and the Presentence Investigation ("PSI") is being prepared. As part of his report, the probation officer has indicated that he <u>must</u> contact Ms. Brooks' current employer <u>in person</u> to verify employment. However, the probation officer indicated that if this Court were to issue an Order to the effect that he could verify employment with pay stubs, he would verify employment with documentation.

    2.    This is very important to Ms. Brooks, because she fears she will lose her new job if the probation officer has to orally contact her supervisor. Because of this conviction, it has been difficult for Ms. Brooks, the sole supporter of herself and her 11-year old daughter, to find employment. The only purpose for the PSI is



to actually verify employment, and not have her lose her job as a result of that process.

3.    Undersigned counsel has spoken to counsel for government who does not oppose this Motion.

Wherefore, Defendant Brooks prays that this Court will grant her UNOPPOSED MOTION TO HAVE PROBATION OFFICER VERIFY EMPLOYMENT WITH PAY STUBS.

Respectfully submitted,

Michael Hursey, Esq.
Counsel for Defendant Brooks
305 South Andrews Ave., Suite 800
Ft. Lauderdale, FL 33301
Telephone: 954-779-1880
Facsimile: 954-779-7980

## CERTIFICATE OF SERVICE

I certify that a true copy of this Motion was furnished by U.S. Mail to Assistant U.S. Attorney Paul Schwartz, United States Attorney's Office, 500 E. Broward Blvd., Fort Lauderdale, FL 33301, this 9th day of November, 2000.

By: _____
Michael Hursey
Fla. Bar No. 457698

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                      Case No. 00-6154-CR-Dimitrouleas (Jordan)

JEANNE BROOKS,
    Defendant.
_____/

## ORDER

**THIS CAUSE** having come on before the Court on Defendant Brooks'
Motion To Have Probation Officer Verify Employment With Pay Stubs, and the
Court being fully advised in the premises,

It is hereby **ORDERED** and **ADJUDGED** that said Motion is **GRANTED**.

The Probation Office of this Court is hereby directed to verify Ms. Brooks
current employment through pay stubs (or other appropriate documents) which she
shall provide to the probation officer.

**DONE** and **ORDERED** this _____ day of November, 2000, in
chambers in the City of Fort Lauderdale.

 

                            _____
                            William P. Dimitrouleas
                            U.S. District Judge

Cc:    AUSA Paul Schwartz
       Michael Hursey, Esq.
       Frank Smith, U.S. Probation