UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6154-CR-DIMITROULEAS

Plaintiff,

vs.

JEANNE BROOKS,

Defendant.
_____/



### ORDER

THIS CAUSE came before the Court upon the Defendant Brooks' November 9, 2000 Motion To Have Probation Officer Verify Employment With Pay Stubs [DE-473], and the Court being fully advised in the premises,

It is hereby ORDERED AND ADJUDGED that said motion is DENIED. However, the Court has no objection if the Probation Office of this Court verifies Ms. Brooks current employment through pay stubs (or other appropriate documents) which she may provide to the probation officer.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 16 day of November, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Paul Schwartz, AUSA

Michael Hursey, Esquire
305 S. Andrews Avenue, Suite 800
Ft. Lauderdale, FL 33301

Frank Smith, USPO

