**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,
    Plaintiff,

v.                         Case No. 00-6154-CR-Dimitrouleas

JEANNE BROOKS,
    Defendant.
_____/

## OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

**NOW COMES** Defendant JEANNE BROOKS, by and through her

undersigned counsel, and for her Objections states:

| PSI Page/Paragraph | PSI Says: | Defendant's Objection: |
|---|---|---|
| 10 / 28 | Defendant should get 2-level enhancement for "abuse of position of public trust" per § 3B1.3 | Because there was no "victim" (see PSI at ¶23) who sustained a loss who relied on Defendant Brooks' position of trust, there should be no enhancement (see United States v. Garrison, 133 F.3d 831, 836-43 (11th Cir., 1998), and United States v. Mills, 138 F.3d 928, 941 (11th Cir., 1998) |

**WHEREFORE**, Defendant Brooks prays that this Court will grant her

Objections To Presentence Investigation Report.


Respectfully submitted,

Michael Hursey, P.A.
Counsel for Defendant Brooks
305 South Andrews Avenue
Suite 800
Fort Lauderdale, Florida 33301
Telephone: (954) 779-1880
Facsimile: (954) 779-7980


## CERTIFICATE OF SERVICE


I HEREBY CERTIFY that a true and correct copy of the foregoing motion was faxed and mailed this 22nd day of December, 2000, to Assistant United States Attorney, Paul Schwartz, United States Attorney's Office, 500 E. Broward Blvd., Fort Lauderdale, FL 33301 and to U. S. Probation Officer, Frank E. Smith, Federal Courthouse Building, 299 E. Broward Blvd., Room 409, Ft. Lauderdale, FL 33301.


By: _____
MICHAEL HURSEY
Florida Bar No. 457698