UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6154-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

        Plaintiff,

v.

JEANNE BROOKS,

        Defendant.
_____/



## GOVERNMENT'S RESPONSE TO DEFENDANT'S OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

Comes now the United States of America by and through undersigned counsel and respectfully responds in opposition to defendant's objections to the Presentence Investigation Report (PSI). In support thereof the government states the following:

1.  The defendant in the instant case was employed as a Florida State Motor Vehicle Drivers License Examiner. As such, the State of Florida empowered the defendant to issue motor vehicle licenses without significant supervision or review. The defendant's employment was a position of public trust characterized by individual discretionary judgment.

2.  The victims in the present case are the citizens of the State of Florida. The public trust placed in the defendant by virtue of her position contributed in a significant way to facilitating the commission of the crime. The defendant's issuance of fraudulent drivers licenses served to diminish the public's trust in the honest and sound administration of government.



3. Wherefore, based upon the foregoing, the government respectfully submits that the two level enhancement for abuse of position of public trust, pursuant to U.S.C.G. §3B1.3 and application note (1) is correctly applied.

>   Respectfully submitted,
>
>   GUY A. LEWIS
>   UNITED STATES ATTORNEY
>
>   By: _____/s/ Paul F. Schwartz_____
>   PAUL F. SCHWARTZ
>   ASSISTANT UNITED STATES ATTORNEY
>   Court ID #: A5500086
>   500 E. Broward Blvd., 7th Floor
>   Fort Lauderdale, Florida 33394
>   Telephone: (954) 356-7392
>   Facsimile: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed to the below named on this  27  day of December, 2000.

Michael Hursey, Esquire
305 S. Andrews Avenue
Suite 800
Fort Lauderdale, FL 33301

PAUL F. SCHWARTZ
ASSISTANT UNITED STATES ATTORNEY

3