## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM P. DIMITROULEAS

CASE NUMBER: 00-6154-Cr. WPD    DATE: January 12, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Frank Smith    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Jeanine Burke

U.S. ATTORNEY: Paul Schwartz / Julia Stiller    DEFT. COUNSEL: Michael Hursey

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed; 3 years probation, 50 hours community service per year, No Fine, $100.00 Assessment

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: 5K1 motion filed
Deft Informed of Right to Appeal.