USDC FLSD 245B (Rev 9/00) Sheet 1 - Judgment in a Criminal Case

# United States District Court

## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>JEANNE BROOKS | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>**Case Number:  0:00-06154-CR-018**<br>Counsel For Defendant: **Michael Hursey, Esq.**<br>Counsel For The United States: **Paul Schwartz**<br>Court Reporter: **Robert Ryckoff** |

**THE DEFENDANT:**

[X] pleaded guilty to count(s) 1s

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] Was found guilty on count(s)
after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18 USC 1028(a)(3) | Possession with Intent to Transfer Five False Identification Documents | 4/1/1999 | 1s |

The defendant is sentenced as provided in pages 2 through __7__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[ ] Count(s) _____ (Is) (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **1-26-1966**
Defendant's USM Number: **55363-004**

Defendant's Residence Address:
2565 NW 49th Avenue
Apartment #207
Lauderdale Lakes, FL 33313

Defendant's Mailing Address:
2565 NW 49th Avenue
Apartment #207
Lauderdale Lakes, FL 33313

**January 12, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____
Date 1/17/10  Deputy Clerk



No further action **required by**
U.S. Marshals **Service**.

James A. _____
UNITED STATES **MARSHAL**

Ed _____ SDUSM